```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/29/10
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
ROBERT KLEIN, on behalf of himself :
and all others similarly situated, and :
NATHAN RAMSEY, on behalf of himself :
and all others similarly situated, :
:
                    Plaintiffs, : 06 CV 3460 (DAB)
:
                    v. : ***ELECTRONICALLY FILED***
:
RYAN BECK HOLDINGS, INC., and :
RYAN BECK & CO., INC., :
:
                  Defendants. :
-------------------------------------------------------x

DAB
6/29/10

## [PROPOSED] ORDER GRANTING FINAL APPROVAL OF SETTLEMENT

Having considered the Joint Stipulation and Settlement Agreement ("Stipulation") and all other materials properly before the Court and having conducted an inquiry pursuant to Section 216(b) of the Fair Labor Standards Act and Rule 23 of the Federal Rules of Civil Procedure, the Court finds that the Stipulation was entered by all parties in good faith, and the Stipulation is approved. The Court will simultaneously, or the Clerk of the Court shall, enter the Judgment provided in the Stipulation. Defendants, Ryan Beck Holdings, Inc. and Ryan Beck & Co., Inc., themselves or through the Claims Administrator, shall make the payments to the Participating Claimants, Class Representatives and Class Counsel as provided for in the Stipulation.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 29, 2010

                                                          Deborah A. Batts
                                                          The Honorable Deborah A. Batts
                                                          United States District Court Judge

DB1/61941901